IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

v.                                        CRIMINAL NO. 5:17-cr-00008-DCB-LRA

BRIAN MONROE LEWIS
a/k/a "Slow-Mo"

## FINAL ORDER OF FORFEITURE

Before this Court is the United States of America's Motion for a Final Order of Forfeiture (Mot. for a Final Order of Forfeiture, ECF No. 19). Having reviewed the Government's motion, this Court finds that it is well taken and should be GRANTED. In support of its ORDER, the Court finds as follows:

WHEREAS, on August 14, 2017, this Court entered an Agreed Preliminary Order of Forfeiture (Prelim. Order of Forfeiture, ECF No. 17) ordering Defendant **BRIAN MONROE LEWIS a/k/a "Slow-Mo"** to forfeit the **Hi-Point brand 9mm pistol, model C9, serial number P1510324** ("the Subject Property").

WHEREAS, the United States of America caused to be published via the internet at www.forfeiture.gov notice of this forfeiture, ending on September 14, 2017, and of the intent of the United States of America to dispose of the property in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty-days from the last day of publication for a hearing to adjudicate the validity of their alleged legal interest in the property; and

WHEREAS, no potential claimants are known; and

WHEREAS, no timely claim has been filed; and

WHEREAS, the Court finds that the defendant had an interest in the property that is subject to forfeiture pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Subject Property is hereby forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the **Hi-Point brand 9mm pistol, model C9, serial number P1510324** is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

SO ORDERED, ADJUDGED, AND DECREED this  14th   day of November, 2017.

s/David Bramlette
UNITED STATES DISTRICT JUDGE